R# 34660006475



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NEW SENSATIONS, INC., | Case No. 3:11-mc-00094-DAK |
| Plaintiff, | |
| v. | Pending Northern District of California Case No. CV 11-2770 MEJ |
| DOES 1-1474, | |
| Defendants. | |

| | |
|---|---|
| PATRICK COLLINS, INC., | Case No. 3:11-mc-00095-DAK |
| Plaintiff, | |
| v. | Pending Northern District of California Case No. CV 11-2766 MEJ |
| DOES 1-2590, | |
| Defendants. | |

**MOTION BY IRA M. SIEGEL FOR ADMISSION PRO HAC VICE**

Plaintiff's Opposition to ISP Buckeye's Motion to Quash

Ira M. Siegel, attorney for the respective Plaintiff's in the above-identified cases, hereby moves for admission, pro hac vice, to the Bar of this Court in connection with those cases pursuant to Local Civil Rule 83.5(h). On the Court's electronic database, those cases are noted as being related to each other.

The following is the information required by Local Civil Rule 83.5(h).

| | |
|---|---|
| Name: | Ira M. Siegel |
| Address: | LAW OFFICE OF IRA M. SIEGEL |
| | 433 N. Camden Drive, Suite 970 |
| | Beverly Hills, California 90210 |
| Telephone Number: | 310-435-7656 |
| Fax Number: | 310-657-2187 |
| email address: | irasiegel@earthlink.net |
| Highest State Court Admitted: | Supreme Court of California |
| Highest State Court Admission Date: | December 21, 1977 |
| Highest State Court Bar Registration No.: | 78142 |

Statement re fitness as member of a bar:

Movant Siegel has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and Movant Siegel has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Movant Siegel is a member in good standing of the California Bar, a member in good standing of the Bar of the United States District Court for the Central District of California, and a member in good standing of the Bar of the United States District Court for the United States District Court for the Northern District of California. Attached hereto are copies of certificates of good standing from the Supreme Court of California and the United States District Court for the Central District of California. Because those certificates are more than 30 days old, Movant provides, pursuant to Local Rule 83.5(h) and 28 U.S.C. 1746, provides the following declaration:

I, Ira M. Siegel, declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2011 in Los Angeles, California.

*Ira M. Siegel* /s/
Ira M. Siegel

Pursuant to Local Rule 83.5(h), Movant's check no. 2090 in the amount of $100.00 for the pro hac admission fee is enclosed.

Respectfully submitted,

Dated: November 7, 2011

*Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187
Attorney for Plaintiff New Sensations, Inc. in Case No. 3:11-mc-00094-DAK

Dated: November 7, 2011

*Ira M. Siegel*

Ira M. Siegel, Cal. State Bar No. 78142
email address: irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel: 310-435-7656
Fax: 310-657-2187
Attorney for Plaintiff Patrick Collins, Inc. in Case No. 3:11-mc-00095-DAK

Submitted by Express Mail
Tracking No. EO 902 415 019 US



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### IRA MARK SIEGEL

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that IRA MARK SIEGEL was on the 21st day of December, 1977, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*This 21st day of June, 2011*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By *Roberta Gilmore*
Roberta Gilmore, Senior Deputy Clerk

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Ira M. Siegel, Bar 78142

duly admitted to practice in this Court on     March 13, 1978

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     June 22, 2011
        *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Andrea Kannike, Deputy Clerk

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION BY IRA M. SIEGEL FOR ADMISSION PRO HAC VICE has been sent on this 7th day of November, 2011 by regular U.S. Mail and email to: Paul Bonfiglio (PBonfiglio@bahret-law.com), Bahret & Associates Co. L.P.A., 7050 Spring Meadows West Dr., Suite B, Holland, OH 43528, attorney for BuckeyeCableSystem.

Dated: November 7, 2011

_____
Ira M. Siegel, Cal. State Bar No. 78142