
R# 34660006475

==IT IS SO ORDERED==

==/s/ David A. Katz==
==David A. Katz, Senior Judge==



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NEW SENSATIONS, INC., | Case No. 3:11-mc-00094-DAK |
| Plaintiff, | |
| v. | Pending Northern District of California Case No. CV 11-2770 MEJ |
| DOES 1-1474, | |
| Defendants. | |

| | |
|---|---|
| PATRICK COLLINS, INC., | Case No. 3:11-mc-00095-DAK |
| Plaintiff, | |
| v. | Pending Northern District of California Case No. CV 11-2766 MEJ |
| DOES 1-2590, | |
| Defendants. | |

## MOTION BY IRA M. SIEGEL FOR ADMISSION PRO HAC VICE

Plaintiff's Opposition to ISP Buckeye's Motion to Quash